# CRIMINAL COVERSHEET  1:18-po-394-REB

| | |
|---|---|
| DEFENDANT'S NAME: **Darrell E. Lindstrom** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Summons |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Jeanette Wallace | INTERPRETER: No |
| Telephone No.: (208) 859-2857 | If YES, language: |
| AGENCY: Forest Service | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Information**

| | | | |
|---|---|---|---|
| Felony: | **No** | County of Offense: | **Boise County** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **1 day** |
| Class B or C Misdemeanor: (Petty Offense) | **Yes** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **36 C.F.R. § 261.9(a)** | 1 | **Damaging any Natural Feature of the United States** | Up to six months imprisonment, $500 fine, up to five years of probation, no supervised release, $10 special assessment. |

Date: 12/13/2018   Assistant U.S. Attorney: DAVID G. ROBINS
Telephone No.: (208) 334-1584